**Ludwig H. Koepke, appellee, v. George Zoeller, appellant. Gen. No. 30,485.**

Action for services and material furnished. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John H. Lyle, Judge, presiding. Heard in the first division of this court for the

first district at the October term, 1925. Reversed with a finding of fact. Opinion filed March 2, 1926.

Frances E. Spooner, for appellant. No appearance for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.